UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lacy,

        Plaintiff(s),

v.

Marketplace Homes, LLC

        Defendant(s).
_____/

Case No. 21-12312

Judge Gershwin A. Drain

Magistrate Judge David R. Grand

## NOTICE OF CORRECTION

Docket entry number __52__, filed __7/27/2023__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Teresa McGovern__ at __(313) 234-5213__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: July 27, 2023

s/Teresa McGovern
Deputy Clerk